# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA,
DEPARTMENT OF CHILDREN
SERVICES, SERVICES OF CHILD
SUPPORT ENFORCEMENT IN THE
INTEREST OF GLENDA SPEIGHTS

NO.    2019 CW 0992

VERSUS

**SEP 0 3 2019**

KELTON L. SPANN

---

In Re:    Kelton L. Spann, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No.
          97104.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

    **WRIT NOT CONSIDERED.** This writ application fails to comply
with the Uniform Rules of Louisiana Courts of Appeal, Rule 4-
5(A), Rule 4-5(C)(8), (10), and (11).  Relator failed to include
the following: (a) an affidavit verifying the allegations of the
writ application and service, (b) a copy of the original
petition for modification, (c) a copy of the pertinent court
minutes, and (d) a copy of his notice of intent to seek
supervisory writs.  Relator must also include the 2017 and 2019
*in forma pauperis* motions, orders, affidavits, and attachments
in this matter.

    Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 4-9 and 2-18.7.

    If relator seeks to file a new application with this court,
it must contain all pertinent documentation, the missing items
noted above, and must comply with Uniform Rules of Louisiana
Courts of Appeal, Rule 2-12.2.  Any new application must be
filed on or before September 17, 2019 and must contain a copy of
this ruling.

                                TMH
                                AHP
                                WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
       FOR THE COURT